AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____05 - 445_____

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____8____ COPIES OF AO FORM 85.

_____JUN 2 9 2005_____  _____*Q. R. Neuberger*_____
(Date forms issued)            (Signature of Party or their Representative)

                                    _____J. R. Neuberger_____
                                    (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action