IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROBERT I. HICKS,                                    )
                                    Plaintiff,      )
                                                    )
v.                                                  )
                                                    )
PAUL G. CLARK, PATTY POWELL,                        )   C.A. No. 05-445 (GMS)
KAREN VENEZKY, JOSEPH REDA,                         )
GEORGE SMILEY, BILL BELL, and                       )
TIMOTHY SHELDON, all individually and in            )
their official capacities as members of the NEW     )   TRIAL BY JURY DEMANDED
CASTLE COUNTY COUNCIL, and NEW                      )
CASTLE COUNTY, a Municipal Corporation,             )
                                                    )
                                    Defendants.     )
                                                    )

## DEFENDANTS' MOTION TO STAY

Defendants move to stay the captioned action pending resolution of Garcetti v. Ceballos,

(Supreme Court Docket 04-473) and of U.S. v. Gordon, et al., No. 04-CR-63-KAJ.  The grounds

for this motion are set forth in Defendants' Opening Brief in Support of Their Motion to Stay.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Sheldon N. Sandler, Esquire (No. 0245)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  198999-0391
Telephone: (302) 571-6673, 5008
Facsimile: (302) 576-3330; 3476
ssandler@ycst.com, mdibianca@ycst.com
*Attorneys for Defendants*

Dated:  September 6, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT I. HICKS, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| PAUL G. CLARK, PATTY POWELL, | ) | C.A. No. 05-445 GMS |
| KAREN VENEZKY, JOSEPH REDA, | ) | |
| GEORGE SMILEY, BILL BELL, and | ) | |
| TIMOTHY SHELDON, all individually and in | ) | TRIAL BY JURY DEMANDED |
| their official capacities as members of the NEW | ) | |
| CASTLE COUNTY COUNCIL, and NEW | ) | |
| CASTLE COUNTY, a Municipal Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2005, I electronically filed a true and correct copy

of the foregoing **Motion to Stay** with the Clerk of the Court using CM/ECF, which will send

notification that such filing is available for viewing and downloading to the following counsel of

record, and further that I caused copies of same to be hand-delivered to:

> Thomas S. Neuberger, Esquire
> Stephen J. Neuberger, Esquire
> The Neuberger Firm, P.A.
> Two East Seventh Street, Suite 302
> Wilmington, DE 19801

> YOUNG CONAWAY STARGATT & TAYLOR, LLP

> Sheldon N. Sandler, Esquire (No. 0245)
> Margaret M. DiBianca, Esquire (No. 4539)
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, Delaware  198999-0391
> Telephone: (302) 571-6673, 5008
> Facsimile: (302) 576-3330; 3476
> ssandler@ycst.com, mdibianca@ycst.com
> *Attorneys for Defendants*