IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ROBERT I. HICKS,** | : | |
| Plaintiff, | : | |
| v. | : | |
| **PAUL G. CLARK, PATTY POWELL, KAREN VENEZKY, JOSEPH REDA, GEORGE SMILEY, BILL BELL, and TIMOTHY SHELDON,** all individually and in their official capacities as members of the **NEW CASTLE COUNTY COUNCIL,** and **NEW CASTLE COUNTY,** a Municipal Corporation,, | : | C.A. No. 05-445-GMS |
| Defendants. | : | |

**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO STAY**

It is hereby STIPULATED and AGREED by and between plaintiff and defendants, subject to the approval of the Court, that:

1. Plaintiff's Answering Brief in opposition to Defendants' Motion to Stay (D.I. 2), shall be due on September 30, 2005.

2. Defendants' Reply Brief in support of their Motion shall be due on October 14, 2005.

3. The parties acknowledge that Defendants' Motion to Stay is a responsive pleading and that while the Motion is pending, it is not necessary for Defendants to file an Answer to Plaintiff's Complaint.

-1-

| | |
|---|---|
| **THE NEUBERGER FIRM, P.A.** | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| /s/ Stephen J. Neuberger | /s/ Sheldon N. Sandler |
| **THOMAS S. NEUBERGER, ESQ. (#243)** | **SHELDON N. SANDLER, ESQ. (#245)** |
| **STEPHEN J. NEUBERGER, ESQ. (#4440)** | **MARGARET M. DIBIANCA, ESQ. (#4539)** |
| Two East Seventh Street, Suite 302 | The Brandywine Building |
| Wilmington, DE  19801 | 1000 West Street, 17th Floor |
| (302) 655-0582 | P.O. Box 391 |
| TSN@NeubergerLaw.com | Wilmington, DE 19899-0391 |
| SJN@NeubergerLaw.com | (302) 571-6673, 5008 |
| | SSandler@ycst.com |
| Attorneys for Plaintiff | MDiBianca@ycst.com |
| Dated: September 8, 2005 | Attorneys for Defendants |
| | Dated: September 8, 2005 |

IT IS SO ORDERED this _____ day of _____, 2005.

                                              **THE HONORABLE GREGORY M. SLEET**

Hicks \ Pleadings \ Stay Briefing Stipulation.final