IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ROBERT I. HICKS,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **PAUL G. CLARK, PATTY POWELL, KAREN VENEZKY, JOSEPH REDA, GEORGE SMILEY, BILL BELL, and TIMOTHY SHELDON, all individually and in their official capacities as members of the NEW CASTLE COUNTY COUNCIL, and NEW CASTLE COUNTY, a Municipal Corporation,,** | : : : : : : : | C.A. No. 05-445-GMS |
| | : | |
| Defendants. | : | |

**SECOND STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO STAY**

WHEREAS, because of vacation and scheduling the parties previously stipulated and agreed that Plaintiff's Answering Brief in opposition to Defendants' Motion to Stay would be due on September 30, 2005, and that Defendants' Reply Brief in support of their Motion would be due on October 14, 2005.  (D.I. 4).

WHEREAS, the Court on September 8, 2005 approved the stipulation.  (See Docket Entry "So Ordered" re: D.I. 4).

WHEREAS, the Third Circuit Court of Appeals has ordered expedited briefing on a pending motion made by the Appellants shortly before oral argument in the case of Springer v. Henry, et al., No. 04-4124 (3d Cir.) (on appeal from the U.S. District Court for the District of

Delaware, C.A.No. 00-885-GMS).

WHEREAS, plaintiff's counsel also represent the Appellee in the <u>Springer</u> case and are responsible for the expedited briefing in which Appellee's opposition is now due this Friday.

WHEREAS, plaintiff's counsel has just returned from vacation and had planned to immediately begin preparation of Plaintiff's Answering Brief in Opposition to Defendants' Motion to Stay in the present matter as well as deal with several additional matters arising because of his vacation.

WHEREAS, extending the due date for Plaintiff's Answering Brief by three days over the weekend to Monday, October 3, 2005 will permit plaintiff's counsel to complete and fulfill all of his obligations in a timely manner.

It is hereby STIPULATED and AGREED by and between plaintiff and defendants, subject to the approval of the Court, that:

1. Plaintiff's Answering Brief in opposition to Defendants' Motion to Stay shall be due on October 3, 2005.

2. Defendants' Reply Brief in support of their Motion shall be due on October 17, 2005.

| | |
|---|---|
| **THE NEUBERGER FIRM, P.A.** | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| /s/ Stephen J. Neuberger | /s/ Sheldon N. Sandler |
| **THOMAS S. NEUBERGER, ESQ. (#243)** | **SHELDON N. SANDLER, ESQ. (#245)** |
| **STEPHEN J. NEUBERGER, ESQ. (#4440)** | **MARGARET M. DIBIANCA, ESQ. (#4539)** |
| Two East Seventh Street, Suite 302 | The Brandywine Building |
| Wilmington, DE 19801 | 1000 West Street, 17th Floor |
| (302) 655-0582 | P.O. Box 391 |
| TSN@NeubergerLaw.com | Wilmington, DE 19899-0391 |
| SJN@NeubergerLaw.com | (302) 571-6673, 5008 |
| | SSandler@ycst.com |
| Attorneys for Plaintiff | MDiBianca@ycst.com |
| Dated: September 27, 2005 | Attorneys for Defendants |
| | Dated: September 27, 2005 |

IT IS SO ORDERED this _____ day of _____, 2005.

_____
**THE HONORABLE GREGORY M. SLEET**

Hicks \ Pleadings \ Stay Briefing Second Stipulation.final