IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT I. HICKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PAUL G. CLARK, PATTY POWELL, | ) |
| KAREN VENEZKY, JOSEPH REDA, | )   C.A. No. 05-445 (GMS) |
| GEORGE SMILEY, BILL BELL, | ) |
| TIMOTHY SHELDON, NEW CASTLE | ) |
| COUNTY COUNCIL, AND NEW | ) |
| COUNTY, | ) |
| | ) |
| Defendants. | ) |

## ORDER

On June 29, 2005, Robert I. Hicks filed this action against the above-captioned defendants, alleging five counts related to violations of his free speech rights under state and federal law, and one count related to race discrimination under federal law. (D.I. 1.) Presently before the court is the defendants' motion to stay these proceedings pending the outcome of a case currently before the United States Supreme Court, and in the alternative, pending the outcome of several criminal matters brought against Sherry Freebery and Thomas Gordon. (D.I. 2.)

The case pending before the Supreme Court, *Garcetti v. Ceballos*, No. 04-473, is indeed a First Amendment case. It was argued (for the second time) on March 21, 2006, and the decision should be forthcoming. However, even if the Court's decision is detrimental to Hicks' case, it will not be dispositive – at the very least, his race discrimination claim will survive, and his state law "whistleblower" claim may survive as well. Moreover, while it is true that the Court's decision may eliminate one or more of Hicks' claims, the defendants will have an opportunity to move for summary judgment later in the case. Therefore, the case will not be stayed pending the outcome of

*Garcetti*.

As to the criminal matters against Freebery and Gordon, neither of whom are parties to this action, the court will not allow the tail to wag the dog. The defendants have failed to demonstrate what prejudice they will suffer by being forced to defend this suit at the same time that two non-parties are defending themselves in separate proceedings. Therefore, it would be inappropriate to stay the case on these grounds as well.

IT IS HEREBY ORDERED THAT:

The defendants' motion to stay (D.I. 2) be DENIED.



Dated: March 30, 2006

UNITED STATES DISTRICT JUDGE




2