# YOUNG CONAWAY STARGATT & TAYLOR, LLP

SHELDON N. SANDLER
DIRECT DIAL: 302-571-6673
DIRECT FAX: 302-576-3330
ssandler@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P O BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

June 23, 2006

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lock Box 19
Wilmington, Delaware 19801

Re:   Hicks v. Clark, et al.
      C.A. No. 05-445 (GMS)

Dear Judge Sleet:

After receiving your Rule 16 Order today, Mr. Neuberger called me and said that he is meeting with his client later in July to discuss the impact of *Garcetti v. Ceballos* on the case, and whether the case should proceed and if so, on what basis. In view of that development, Mr. Neuberger and I agreed that we would jointly request that the scheduling teleconference on July 5, 2006 and the submission of a Joint Status Report on June 28, 2006 be postponed for approximately a month. Because Mr. Neuberger is out of the office today, he asked me to submit this letter on behalf of all parties.

Respectfully yours,

Sheldon N. Sandler

SNS:

cc:   Thomas S. Neuberger, Esquire
      District Court Clerk
      Gregg E. Wilson, Esquire
      Wendy R. Danner, Equire