## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT I. HICKS | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-445-GMS |
| PAUL G. CLARK, PATTY POWELL, et al., | : |
| Defendants. | : |

## ORDER

At Wilmington this **22nd** day of **August, 2006**.

IT IS ORDERED that the teleconference scheduled for October 18, 2006 at 9:30 a.m. with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences has been rescheduled to **Tuesday, November 7, 2006 at 9:00 a.m. Sheldon N. Sandler, Esquire shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE