## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

ROBERT I. HICKS :
:
Plaintiff, :
:
v. : Civil Action No. 05-445-GMS
:
PAUL G. CLARK, PATTY POWELL, et al., :
:
Defendants. :

## ORDER

At Wilmington this **5th** day of **October, 2006**.

IT IS ORDERED that the teleconference scheduled for **Tuesday, November 7, 2006 at 9:00 a.m.** with Magistrate Judge Thynge has been **cancelled**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE



F I L E D

OCT  5 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE