IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT I. HICKS,<br>                              Plaintiff,<br>v.<br>PAUL G. CLARK, PATTY POWELL,<br>KAREN VENEZKY, JOSEPH REDA,<br>GEORGE SMILEY, BILL BELL, and<br>TIMOTHY SHELDON, all individually and<br>in their official capacities as members of the<br>NEW CASTLE COUNTY COUNCIL, and<br>NEW CASTLE COUNTY, a Municipal<br>Corporation,<br>                              Defendants. | C.A. No. 05-445-GMS<br><br>TRIAL BY JURY DEMANDED |

**<u>STIPULATION OF DISMISSAL</u>**

THE PARTIES HERETO STIPULATE AND AGREE that this action is hereby dismissed with prejudice against Paul G. Clark, Patty Powell, Karen Venezky, Joseph Reda, George Smiley, Bill Bell, and Timothy Sheldon, in their individual and official capacities, with each party to bear his or her own costs and attorneys' fees.

                              /s/ Thomas S. Neuberger
Thomas S. Neuberger, Esquire (No. 243)
The Neuberger Firm
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801-3707
Attorneys for Plaintiff

                              /s/ Sheldon N. Sandler
Sheldon N. Sandler, Esquire   (No. 245)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6673
Attorneys for Defendants

DATED: October 13, 2006