IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT I. HICKS, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | C.A. No. 05-445-GMS |
| NEW CASTLE COUNTY, a Municipal Corporation, | ) ) ) | |
| Defendant. | ) | TRIAL BY JURY DEMANDED |

## STIPULATION OF DISMISSAL

THE PARTIES HERETO STIPULATE AND AGREE that this action is hereby dismissed with prejudice, with each party to bear his or its own costs and attorneys' fees.

/s/ Thomas S. Neuberger
Thomas S. Neuberger, Esquire (No. 243)
The Neuberger Firm
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801-3707
302-655-0582
Attorneys for Plaintiff

/s/ Sheldon N. Sandler
Sheldon N. Sandler, Esquire (No. 245)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6673
Attorneys for Defendants

DATED: October 31, 2006

DB02:5545103.1   045581.1051